SO ORDERED.

Dated: December 11, 2020



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:20-bk-10311-MCW |
| GLENN M SANDERS | Chapter 7 |
| Debtor. | **ORDER GRANTING ABANDONMENT OF 2020 JEEP CHEROKEE VIN: 1C4PJLLBXLD530581 AND 2020 JEEP COMPASS VIN: 2C4NJCBB8LT257661** |

Based upon the *Notice of Trustee's Intent to Abandon Property* ("Notice"), with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** granting the abandonment and abandoning from the bankruptcy estate the *2020 Jeep Cherokee, VIN: 1C4PJLLBXLD530581 and the 2020 Jeep Compass, VIN: 3C4NJCBB8LT257661*. The Trustee has investigated the liens and values. The liens are valid and there is no equity for the estate.

**DATED AND SIGNED ABOVE**